# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Xavier Perry

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Reynolds, Highline, Dearcot

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**Civ. Action No.** ______

(To be assigned by Clerk's Office)

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?

☑ Yes

☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Perry Xavier J

Name (Last, First, MI) Aliases

00762770

Prisoner ID #

J.T.V.C.C

Place of Detention

1181 Paddock Road

Institutional Address

SMYRNA DELAWARE 19977

County, City State Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Reynolds
Name (Last, First)

Correction Officer
Current Job Title

1181 Paddock Road
Current Work Address

SMYRNA | DELAWARE | 19977
County, City | State | Zip Code

Defendant 2: Highline
Name (Last, First)

Correction officer
Current Job Title

1181 Paddock Road
Current Work Address

SMYRNA | DELAWARE | 19977
County, City | State | Zip Code

**Defendant(s) Continued**

Defendant 3: Denrect
Name (Last, First)

Correction Officer
Current Job Title

1181 Paddock Road
Current Work Address

SMYRNA DELAWARE 19977
County, City State Zip Code

Defendant 4: ______________________
Name (Last, First)

______________________
Current Job Title

______________________
Current Work Address

______________________
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J.T.V.C.C and Sussex County Courthouse

Date(s) of occurrence: 1-22-24

State which of your federal constitutional or federal statutory rights have been violated:

8th amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On 1-22-24 I was cuffed at J.T.V.C.C by Reynolds and his partner to be transported to court in Sussex County at approx. 6:40 am. Upon arrival at the courthouse me and another inmate were placed in a holding cell for the remainder or the day, as we were placed in the holding cell at approx 7:30 AM they took the other inmates cuffs and chains off I asked if they could hurry up my hand were hurting and my cuffs were to tight. I was laughed at by Highline and told that I could stay in my cuffs all day. At approx 9:30 am I seen Denrost and asked if he could losen or take of my cuffs that my hands were losing circulation and that I needed to see a nurse. I was denied for the remainder of the to be free of my court and transit gear after my many cries for help from every guard that passed me. I currently am being treated for my nerve damage in both of my hands. upon arrival to the prison I was finaly taken out of the black box and chains after 8 hours and I was seen by a nurse on 1-22-24 At J.T.V.C.C.

Who did what?

Reynolds and HIS Porntes handcuffed and placed the court and TRANSPORTATION gear and Chains on me around 6:40 Am on 1-22-24 and they both did not lossen or undo my cuffs and Chains until we arrived back at the prison over 8 hours later.

Highline, DenRELT and Reynolds all Ignored my cries for help all day that my cuffs were to tight and I couldn't feel my hands

Highline Made Comments to the other uncuffed prisoner in the cell with me that he should beat me up, and oR assult me.

Was anyone else involved?

There was another Male I came on the Court and transportation Van with when we both arrived at Sussex County Court house, that Inmate was free and relieved of his Cuffs and Court and transportation Chains and gear while I was Made to remain In my cuffs and gear for no Valid reason.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want compensation for mental health and medical bills and I would like $500,000 for my pain and suffering.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 3

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Xavier Perry VS Spencer dismissed without

Xavier Perry VS Spencer dismissed without

Xavier Perry VS Reynolds dismissed without

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12-17-25
Dated

[signature]
Plaintiff's Signature

Perry Xavier J
Printed Name (Last, First, MI)

00762770
Prison Identification #

1181 SMYRNA DE 19977
Prison Address City State Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**